❏ Original     ❏ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )     Case No. |
| 402 Cannon Street, Bamberg, SC | ) |
| | ) |
| | ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ South Carolina _____
*(identify the person or describe the property to be searched and give its location)*:

402 Cannon Street, Bamberg, SC as more fully described in the attached Affidavit and Attachment A to the Affidavit.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence of possession and distribution of child pornography, more fully described in the attached Affidavit and in Attachment B to the Affidavit.

**YOU ARE COMMANDED** to execute this warrant on or before _____ October 16, 2020 _____ *(not to exceed 14 days)*
❏ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ The Honorable Shiva V. Hodges _____
*(United States Magistrate Judge)*

❏ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

❏ for _____ days *(not to exceed 30)*   ❏ until, the facts justifying, the later specific date of _____

Date and time issued:     10/02/2020 2:38 pm

City and state:     Columbia, South Carolina

*Shiva V. Hodges*
*Judge's signature*

The Honorable Shiva V. Hodges
*Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>305I-CO-3299303 | Date and time warrant executed:<br>10/9/2020, 5:00 am | Copy of warrant and inventory left with:<br>Benton Wise |
| Inventory made in the presence of :<br>SA TRIPPI SA GORDON, Benton Wise | | |

Inventory of the property taken and name(s) of any person(s) seized:

Please see attached sheet

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/19/2020

*Executing officer's signature*

Clay Trippi, Special Agent, FBI

*Printed name and title*


— COPY —

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION

# RECEIPT FOR PROPERTY

Case ID:     305I-CO-3299303

On (date)   10/9/2020   9:15 am   item(s) listed below were:

☒ Collected/Seized
☐ Received From
☐ Returned To
☐ Released To

(Name)   WADE BENTON WISE

(Street Address)   402 Cannon Street

(City)   BAMBERG, SC 29003

**Description of Item(s):**

Blue and Silver Flash drive

XBox 1S SN: 048247384116

Thumb drive 1GB RSA

Maxwell 16GB USB

Camo Benelli Shotgun SN: CG002461

D.S. police Special Model 37 12 Gauge Shotgun SN: 371515201

Dismantled Shotgun SN: 5662

Camo Stoeger M3000 Shotgun
SN: 1510250

Black and Silver Sig Saver P290 RS 380
SN: 26C035679 with magazine

Black Colt 38 Revolver SN: 43158

Black Iphone XS Max Model: A1921
SN: FFNX7UX0KPHG in clear case

DELL Laptop with Power Cord
SN: 2ZCMTP1

Dell Inspirion 1545 Laptop
SN: 53YM4N1

**Received By:** _____
(signature)

**Received From:** _____
(signature)

FD-597 (Rev. 4-13-2015)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
# RECEIPT FOR PROPERTY

Printed Name/Title: _Deborah A Gordon_
_Special Agent_

Printed Name/Title: _Benton Wise_